Oliver M. BOLING, Petitioner–Appellant,

v.

U.S. PAROLE COMMISSIONER; Warden M.L. Rivera, Respondents–Appellees.

No. 12–6181.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Oliver M. Boling, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oliver M. Boling, a prisoner in federal custody pursuant to a Washington, D.C., conviction, seeks to appeal the district court's order accepting in part the recommendation of the magistrate judge and denying relief on this 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A)

(2006); *see Madley v. United States Parole Comm'n,* 278 F.3d 1306, 1310 (D.C.Cir.2002).

A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller-El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Boling has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*